**No. 65712.**—Hammel, Riglander & Co., Inc. *v.* United States, protest 60/15425 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of saws, not specially provided for, valued at not over 5 cents each, the claim of the plaintiff was sustained.

**No. 65713.**—John J. Coates Co. *v.* United States, protest 60/25895 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

**No. 65714.**—Ferro Trading Corporation *v.* United States, protest 60/26016 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

**No. 65715.**—George J. Young, a/c Fisherman's Cooperative Assn. of San Pedro, et al. *v.* United States, protests 59/29018, etc.   (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fishing netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.